RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Kent Swaine

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>KENT SWAINE,<br><br>        Defendant. | Case No. 2:14-CR-385-RFB-NJK<br><br>**UNOPPOSED MOTION TO MODIFY ORDER AS IT PERTAINS TO DEFENDANT'S RELEASE DATE & REQUEST TO CONTINUE REVOCATION HEARING** |

Comes now the defendant, Kent Swaine, by and through his counsel of record, Raquel Lazo, Assistant Federal Public Defender, and hereby moves this court for an unopposed motion to modify order as it pertains to defendant's release date and request to continue revocation hearing. These requests are based on the Points and Authorities attached hereto.

DATED this 17th day of June, 2016.

                              RENE L. VALLADARES
                              Federal Public Defender

                       By:  */s/ Raquel Lazo*
                              RAQUEL LAZO
                              Assistant Federal Public Defender
                              Attorney for Kent Swaine

# POINTS AND AUTHORITIES

1. On June 3, 2016, this Court ordered that Mr. Swaine be detained until June 30, 2015, at which point in time Mr. Swaine would be released to the custody of the Probation Department and be delivered directly to Harris Springs Ranch ("HSR"). Minutes (#46).

2. Since the hearing, defense counsel and Mr. Swaine's Probation Officer, Sunny Cascio, have been in constant communication with each other and with Westcare personnel regarding Mr. Swaine's transfer to HSR. Mr. Swaine has paid the $3000 deposit with Westcare in order to secure a bed at HSR. A bed will be available next week.

3. For logistical reasons, and in part due to Mr. Swaine's medical condition, the parties are requesting that Mr. Swaine be released one week early on June 23, 2016. Upon his release from custody, Ms. Cascio will transport Mr. Swaine to the local Westcare facility for detoxication and medical clearance. Once Mr. Swaine is cleared, he will be released directly from the detoxication facility to HSR by either Ms. Cascio or a HSR staff member. The parties anticipate that Mr. Swaine will arrive at HSR on June 24, 2016.

4. Neither government counsel nor Ms. Cascio oppose this modification request.

5. The parties' further request that Mr. Swaine's revocation hearing currently scheduled for July 5, 2016 at 2:30 p.m. be vacated and rescheduled not earlier than 60 days. Mr. Swaine will be in treatment at HSR on the currently scheduled date.

DATED this 17th day of June, 2016.

        Respectfully Submitted,
        RENE L. VALLADARES
        Federal Public Defender

By: */s/ Raquel Lazo*
        RAQUEL LAZO
        Assistant Federal Public Defender
        Attorney for Kent Swaine

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KENT SWAINE,<br><br>　　　　Defendant. | Case No. 2:14-CR-385-RFB-NJK<br><br>**ORDER** |

IT IS ORDERED that Mr. Swaine be released into the custody of the Probation Department on June 23, 2015.

IT IS FURTHER ORDERED that the revocation hearing currently scheduled on ___July 5, 2016 at 2:30 PM___, be vacated and continued to ___September 7, 2016 at 1:00 PM___.

						_____
						RICHARD F. BOULWARE, II
						UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on June 17, 2016, he served an electronic copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY ORDER AS IT PERTAINS TO DEFENDANT'S RELEASE DATE & REQUEST TO CONTINUE REVOCATION HEARING** by electronic service (ECF) to the person named below:

DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

                                                     */s/ Brandon Thomas*
                                                    Employee of the Federal Public Defender