UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>vs.<br><br>KENT SWAINE<br><br>　　　　Defendant. | Case No.: 2:14cr00385-RFB-NJK<br>Dept.:　7D<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE REVOCATION HEARING** |

**COMES NOW** the Defendant, KENT SWAINE by and through their attorney of record, GEORGE E. CROMER, ESQ., and the Plaintiff, UNITED STATES OF AMERICA, by and through their attorney of record, LISA CARTIER-GIROUX, ESQ., and hereby stipulate and agree as follows:

**WHEREAS,** this matter is currently scheduled for a Revocation hearing on Friday, August 4, 2017 at 3:00 p.m., and

**WHEREAS,** counsel in this matter have agreed to continue this hearing for sixty (60) days, to a date convenient to the parties involved and the Court, now, therefore,

///

///

///

///

///

///

///

///

-1-

**IT IS HEREBY STIPULATED AND AGREED** that the Revocation hearing currently scheduled for Friday, August 4, 2017 shall be continued for sixty (60) days, to a date convenient to all parties.

GEORGE E. CROMER, ESQ.  
A PROFESSIONAL CORPORATION

_____  
George E. Cromer, Esq.  
Nevada Bar No. 000183  
808 South 7th Street  
Las Vegas NV 89101  
Attorney for Defendant  
Dated:

LISA CARTIER-GIROUX, ESQ.  
U.S. ATTORNEY'S OFFICE

_____  
Lisa Cartier-Giroux, Esq.  
501 Las Vegas Blvd. South  
Las Vegas NV 89101  
Attorney for Plaintiff  
Dated: 8-2-17

## ORDER

Based upon the foregoing Stipulation and for good cause appearing:

**IT IS HEREBY ORDERED** that the Final Revocation hearing currently scheduled for Friday, August 4, 2017 shall be continued to October 5, 2017 at 1:30 p.m.

Dated this 3rd day of August, 2017.

_____  
RICHARD F. BOULWARE, II  
United States District Judge